459 F.2d 1046
 UNITED STATES of America ex rel. John Joseph McGRADY, SSAN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, United States Army, Fort Gordon,Georgia, Petitioner-Appellee,v.Stanley RESOR, Secretary of the Army, and Major General JohnC. F. Tillson, III, Commanding General, FortGordon, Georgia, Respondents-Appellants.
 No. 71-3278 Summary Calendar.*
 United States Court of Appeals,Fifth Circuit.
 June 1, 1972.
 
 Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.
 PER CURIAM:
 
 
 1
 After an evidentiary hearing on a petition for habeas corpus release from the United States Army the District Court found that the denial of discharge to John Joseph McGrady as a conscientious objector was without basis in fact. The Secretary of the Army appeals.
 
 
 2
 The judgment of the District Court is affirmed. See Local Rule 21.1
 
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I
 
 
 1
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966